UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS GARCIA, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>    Plaintiff,<br><br>-against-<br><br>BIG APPLE DESIGNERS INC., and VELOCITY FRAMERS USA INC.,<br><br>    Defendants. | Docket No.: 1:21-cv-1852-DG-MMH<br><br>**NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 <u>OFFER OF JUDGMENT</u>** |

PLEASE TAKE NOTICE that pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs hereby accept Defendants' Rule 68 offer of judgment, attached hereto as Exhibit A.

Dated: Garden City, New York
   June 6, 2022

                Respectfully submitted,

                BORRELLI & ASSOCIATES, P.L.L.C.
                *Attorneys for Plaintiffs*
                910 Franklin Avenue, Suite 200
                Garden City, New York 11530
                Tel. No. (516) 248-5550
                Fax: (516) 248-6027

      By: _____
         ALEXANDER T. COLEMAN (AC 8151)