UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CARLOS GARCIA, on behalf of himself,
individually, and on behalf of all others
similarly-situated,

                        Plaintiff,                        JUDGMENT

v.                                                      21-cv-1852-DG-MMH

BIG APPLE DESIGNERS INC., and
VELOCITY FRAMERS USA INC.,

                        Defendants.
---------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on June 6, 2022; and Defendants, Big Apple Designers, Inc. and Velocity Framers USA, Inc., having offered to allow entry of judgment to be taken against it and in favor of Carlos Garcia, and opt-in plaintiffs Elvin Arzu, Carlos Chavez Garcia, Erol Lopez, Julio Garcia, and Pedro Hernandez, in the amount of One Hundred Twenty Thousand Dollars and No Cents ($120,000.00), which sum is inclusive of any and all costs now accrued, including interest, expenses, and fees, including attorneys' fees, and which is to be divided among them equally, and which payment is to be made to them through their attorneys within seventy (70) days of acceptance.

       ORDERED and ADJUDGED that judgment is entered in favor of Carlos Garcia, and opt-in plaintiffs Elvin Arzu, Carlos Chavez Garcia, Erol Lopez, Julio Garcia, and Pedro Hernandez, and against Defendants, Big Apple Designers, Inc. and Velocity Framers USA, Inc., in the amount of One Hundred Twenty Thousand Dollars and No Cents ($120,000.00), which sum is inclusive of any and all costs now accrued, including interest, expenses, and fees, including attorneys' fees, and which is to be divided among them equally, and which payment is to be made to them through their attorneys within seventy (70) days of acceptance.

Dated: Brooklyn, New York  
      June 10, 2022

Brenna B. Mahoney  
Clerk of Court

By:   <u>*/s/Jalitza Poveda*</u>  
      Deputy Clerk